Anna M. Molloy, administratrix of the estate of Loretta Molloy, deceased, appellee, v. Chicago Rapid Transit Company, appellant. Gen. No. 31,100.

Action for wrongful death. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, pre-

siding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926. Rehearing denied December 13, 1926.

Addison L. Gardner and Carroll H. Jones, for appellant; Walter M. Fowler, of counsel. James C. McShane, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.